JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

APRIL LOPEZ,

               Plaintiff,

    v.

SYNCHRONY BANK; MRS. BPO, LLC,

               Defendants.

Case No. CV 25-8619-MWF(PVCx)

ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

      The Court has considered the parties' Joint Stipulation of Dismissal with Prejudice. (Docket No. 21). For good cause shown, the Stipulation is GRANTED. IT IS ORDERED that the above-entitled matter is DISMISSED with prejudice against Defendants. Each party shall bear their own fees and costs.

      IT IS SO ORDERED.

Dated: January 20, 2026

                                        _____
MICHAEL W. FITZGERALD
United States District Judge

-1-